## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

MARTHA AKERS, RAY JORDAN,
DYAN MATHESON, NANCY
OLIVER, and DAWN PEASE,
on behalf of themselves, the
class of current, and former
mobile homeowners in the
Park and all others similarly
situated

                Plaintiffs,

-v-                                      Case No. 8:21-CV-00140

TIMOTHY NEWBY, TODD NEWBY,
BARRY CAMPBELL, NEIL BROWN,
WOODALLS, INC., and NEWBY
COMMUNITIES, INC.,
d/b/a NEWBY MANAGEMENT

                Defendants.
_____/

## MEDIATION REPORT

A mediation conference was held on September 9, 2021, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:

      __X__    All individual parties and their respective counsel.

      __X__    Designated corporate representatives.

      _____    Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____

    (c)    The outcome of the mediation conference was:

_____ <u>The case has been completely settled</u>. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

_____ <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve: _____

_____ <u>The conference was continued</u> with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

___X___ <u>The parties have reached an impasse</u>.

**Done this** 15th day of September, 2021, in Tampa, Florida.

*/s/ Bradford D. Kimbro*

Signature of Mediator

Bradford D. Kimbro
Name of Mediator

100 North Tampa St., Suite 4100
Tampa, FL  33602
Telephone no: 813-227-6660